NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0017

KALE GRAY ROBIN

VERSUS

ALLEN LUKE EDGAR, JR.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 02-65347
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED AS AMENDED.**

**Stanford B. Gauthier, II**
**Attorney at Law**
**1405 West Pinhook Rd., Ste. 105**
**Lafayette, La 70503**
**(337) 234-0099**
**Counsel for: Defendant/Appellee**
        **Allen Luke Edgar, Jr.**

**Jason E. Fontenot**
**Doucet-Speer, P.L.C.**
**725 S. Washington St.**
**Lafayette, LA 70502**
**(337) 232-0405**
**Counsel for: Plaintiff/Appellant**
        **Kale Gray Robin**